**Dismiss and Opinion Filed August 22, 2023**



In The

### Court of Appeals
### Fifth District of Texas at Dallas

### No. 05-23-00626-CR

### EX PARTE CID ARTECONA, JR.

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 052550**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Miskel

Cid Artecona, Jr. has filed a notice of appeal attempting to appeal to this Court the trial court's findings and recommendation that appellant's application for writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure be dismissed.

A court of appeals may review appeals only when authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). An applicant imprisoned after final conviction for a felony offense who desires to apply for habeas relief must do so under article 11.07 of the code of criminal procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, §§ 1, 3; *Bd. of Pardons and Paroles ex rel. Keene v. The*

*Eighth Court of Appeals*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (orig. proceeding). This Court is not authorized by law to review the trial court's determinations on an article 11.07 writ application. *See* CRIM. PROC. art. 11.07, § 3(b) (providing writ of habeas corpus filed after final conviction of felony for which death penalty is not imposed must be filed with trial court clerk and writ of habeas corpus is returnable to court of criminal appeals); *Keene*, 910 S.W.2d at 483; *see also Crowe v. State*, No. 05-22-00430-CR 2022 WL 1485994, at *1 (Tex. App.—Dallas May 11, 2022, no pet.) (dismissing appeal of trial court's findings of fact and conclusions of law on appellant's application for writ of habeas corpus under article 11.07).

Because we have no jurisdiction to review the trial court's determinations on appellant's article 11.07 application for writ of habeas corpus, we dismiss this appeal.

/Emily Miskel/

230626f.p05

EMILY MISKEL
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE CID ARTECONA, JR.

No. 05-23-00626-CR

On Appeal from the 15th Judicial District Court, Grayson County, Texas
Trial Court Cause No. 052550.
Opinion delivered by Justice Miskel. Justices Partida-Kipness and Reichek participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.

Judgment entered this 22nd day of August, 2023.